THE FRISIA AND THE JOHN N. PARKER.[1]

KITCHIN *v.* THE JOHN N. PARKER.

*(District Court, E. D. New York.   May 11, 1885.)*

COSTS — FOREIGN COMMISSION — EVIDENCE — CUSTOMARY RATE — REASONABLE
   CHARGE.
      In the absence of evidence to show the existence at the place of executing
   a commission of a customary rate of charges for commissioner's services, or
   for like services, proof that the sum actually paid the commissioner is a rea-
   sonable sum for like work at the place of payment is sufficient to warrant the
   allowance of the item as a disbursement properly made to secure the execu-
   tion of the commission.   See S. C. 24 Fed. Rep. 495.

In Admiralty.
*Jas. K. Hill, Wing & Shoudy,* for libelants.
*Benedict, Taft & Benedict,* for the John N. Parker.

BENEDICT, J.   In the absence of evidence showing the existence at the place of executing a commission to take testimony of a customary rate of charges for services rendered by the commissioner in executing the commission, or for like services, I am of the opinion that proof of the fact that the sum actually paid the commissioner is a reasonable sum to pay for like work at the place of payment will warrant the allowance of the item as a disbursement properly made to secure the execution of the commission.   If the decision in the case of *Sedgwick* v. *Grinnell,* 10 Ben. 6, was intended to apply to a case where there is no proof of the existence at the place of executing the commission of a customary rate of charges for like services, I am unable to agree with it.   In this case the proof is, in my opinion, sufficient to justify the allowance of $130.25 as a proper disbursement to secure the execution of the commission.

[1] Reported by R. D. & Wyllys Benedict, Esqs., of the New York bar.